UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JONATHAN MELENDEZ,

    Petitioner,

v.                                        CASE NO. 6:11-cv-554-Orl-28KRS
                                                      (6:08-cr-21-Orl-31KRS)

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

Petitioner has filed a motion to vacate, set aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 1, filed April 4, 2011), which greatly exceeds twenty-five pages in length and is in violation of Local Rule 3.01(a). Consequently, Petitioner's section 2255 motion (Doc. No. 1) is hereby **STRICKEN,** and it shall be removed from the record and returned to Petitioner by the Clerk of the Court.

Within twenty-one (21) days from the date of this Order, Petitioner shall refile his 2255 motion on the appropriate form, and, as to each claim, he shall set forth on the form itself a brief and concise description of the claim with supporting facts. Petitioner *should not* incorporate a memorandum of law into the section 2255 form. Within the same time-frame, Petitioner may file a *separate* memorandum of law providing legal argument in support of his claims, which shall not exceed twenty-five (25) pages in length. The failure

to do so shall result in the dismissal of this action without further notice. The Clerk of the Court is directed to provide the appropriate section 2255 form to Petitioner.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 8 day of April, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 4/8
Tracy Garrett
Counsel of Record