UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JONATHAN MELENDEZ,

    Petitioner,

v.                                     CASE NO. 6:11-cv-554-Orl-28KRS
                                       (6:08-cr-228-Orl-28KRS)

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

This case is before the Court on the following motion:

Petitioner's Motion for Judicial Notice (Doc. No. 7, filed September 16, 2011) is **DENIED**.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 20 day of September, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 9/19
Jonathan Melendez
Counsel of Record