UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JONATHAN MELENDEZ,

    Petitioner,

v.                                          CASE NO. 6:11-cv-554-Orl-28KRS
                                            (6:08-cr-228-Orl-28KRS)

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

This case is before the Court on the following motion:

The Government's Request for Judicial Determination of Waiver of Attorney-Client Privilege (Doc. No. 9, filed September 24, 2011). Upon consideration, the request is **GRANTED** in that, by bringing an ineffective assistance of claim in this section 2255 proceeding, Petitioner put at issue, and thereby waived, any attorney-client privilege with respect to conversations that "bore on his attorneys' strategic choices." *See Johnson v. Alabama*, 256 F.3d 1156, 1178 (11th Cir.2001).

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 18 day of October, 2011.

                                            JOHN ANTOON II
                                            UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 10/12
Jonathan Melendez
Counsel of Record