UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JONATHAN MELENDEZ,

    Petitioner,

v.                                                  CASE NO. 6:11-cv-554-Orl-28KRS
                                                  (6:08-cr-228-Orl-28KRS)

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER

The Government has filed its response to Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, Or Correct Sentence, requesting that the Court deny the motion (Doc. No. 17). Since Petitioner is appearing *pro se*, he is advised out of an abundance of caution that the denial of his motion at this stage would represent a final adjudication of this case which may foreclose subsequent litigation on the matter. *See Griffith v. Wainwright*, 772 F.2d 822 (11th Cir. 1985).

Although Petitioner filed a reply, given the significance of these proceedings, the Court finds it prudent to advise him regarding the importance of a reply and to permit him to file an amended reply, if he desires. Accordingly, Petitioner shall have sixty (60) days from the date of this order to file an opposition to the Government's response to

his motion. Thereafter, both the motion and the response to it will be taken under advisement by the Court, and an order will be entered without further notice.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this 5 day of September, 2012.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 8/30
Jonathan Melendez
Counsel of Record